Cite as 2022 Ark. 183

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** October 6, 2022

IN RE RULES FOR MINIMUM
CONTINUING LEGAL EDUCATION
(RULE 4) AND REGULATIONS OF THE
ARKANSAS CONTINUING LEGAL
EDUCATION BOARD (RULE 4.04)

**PER CURIAM**

The Supreme Court hereby amends, retroactive to July 1, 2022, Rule 4 of the Rules

for Minimum Continuing Legal Education and Rule 4.04 of the Regulations of the Arkansas

Continuing Legal Education Board. The changes are set out below, with only new material

shown and underlined.

**Rules for Minimum Continuing Legal Education**

**Rule 4. Accreditation.**

. . . .

(H) The Board is authorized to establish regulations that grant credit for service as an
active member of a Supreme Court of Arkansas Board, Commission, or Committee. An
attorney may earn general CLE credit hours at a rate of one (1) hour of credit for every three
(3) hours of service performed. The Board shall limit the number of credit hours that can
be earned through the service to the Supreme Court of Arkansas to no more than three (3)
hours per reporting period.

**Regulations of the Arkansas Continuing Legal Education Board**

**Rule 4.04. Approved CLE Activities.**

. . . .

(11)  Service as an active member of a Supreme Court of Arkansas Board, Commission, or Committee during a specific reporting period.